UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA GOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRITISH AIRWAYS, PLC,<br><br>　　　　　Defendant. | Case No. 21-cv-01840-EMC<br><br>**ORDER GRANTING REQUEST TO TERMINATE REPRESENTATION**<br><br>Docket No. 63 |

　　　　The attorney-client relationship between Plaintiff Anita Gor and her attorney P. David Cienfuegos has become untenable and irreparable. Under the California Standards of Professional Conduct, an attorney may withdraw from representing a client on the grounds of "conduct [that] renders it unreasonably difficult for the member to carry out the employment effectively." Cal. R. Prof. Conduct 3–700(C)(1)(d). Based on Ms. Gor's written opposition and her and Mr. Cienfuegos' representations at the ex parte hearing, the Court finds that there has been a significant breakdown in the attorney-client relationship that renders it unreasonably difficult for the parties to carry out the representation effectively. *See, e.g.*, *Steshenko v. McKay*, No. 09-CV-05543-RS (JSC), 2014 WL 4352086, at *1 (N.D. Cal. Sept. 2, 2014).

///

///

///

///

///

///

Thus, the Court **GRANTS** Ms. Gor's request for Mr. Cienfuegos to withdraw as counsel. Mr. Cienfuegos is directed to serve this order on Ms. Gor and file a proof of service shortly thereafter. All filings shall then be served directly on Ms. Gor from this point forward.

This order disposes of Docket No. 63.

**IT IS SO ORDERED**.

Dated: March 16, 2023

_____
EDWARD M. CHEN
United States District Judge