UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA GOR,<br><br>        Plaintiff,<br><br>    v.<br><br>BRITISH AIRWAYS, PLC,<br><br>        Defendant. | Case No. 21-cv-01840-EMC<br><br>**ORDER REGARDING DEFENDANT'S OBJECTIONS TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Docket Nos. 88, 84–87, 90 |

In consideration of Defendant's Objections to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 88) and Defendant's Notice Regarding Pending Motions for Summary Judgment (Dkt. No. 90), the Court orders as follows: the Court orders parties to adhere to the Court's Order Bifurcating Motions for Partial Summary Judgment (Dkt. No. 83). The Court orders the Defendant to limit its filings in response to Plaintiff's briefs to address only Montreal Convention Article 20 and 21 issues. The Court will not consider Plaintiff's briefs to the extent that Plaintiff's briefs address issues pertinent to Montreal Convention Article 17 issues and not relevant to the issues presented under Articles 20 and 21. The briefing shall comply with the following, modified schedule:

| | |
|---|---|
| Defendant to file motion for partial summary judgment | August 24, 2023 |
| Plaintiff to file opposition and cross-motion for partial summary judgment | September 7, 2023 |

| Defendant to file reply and opposition to cross-motion for partial summary judgment | September 28, 2023 |
|---|---|
| Plaintiff to file reply to cross-motion for partial summary judgment | October 5, 2023 |
| Hearing | October 19, 2023 |

**IT IS SO ORDERED**.

Dated: September 25, 2023

_____
EDWARD M. CHEN
United States District Judge